**Dismiss and Opinion Filed March 4, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00612-CV

**LIANG BI, Appellant**

**V.**

**WZH INFINITE INC. D/B/A M&Y AUTO COLLISION, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-01498-B**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Justice Molberg

Appellant failed to respond to our inquiry regarding the reporter's record, and we ordered the appeal submitted without a reporter's record and ordered appellant to file her brief by February 11, 2022. When she failed to do so, we directed her by postcard to file the brief within ten days and cautioned her that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has failed to comply.

Accordingly, we dismiss this appeal. *See* T<small>EX</small>. R. A<small>PP</small>. P. 38.3(a)(1); 42.3(b),(c).

210612f.p05

/Ken Molberg//
KEN MOLBERG
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LIANG BI, Appellant

No. 05-21-00612-CV        V.

WZH INFINITE INC. D/B/A M&Y
AUTO COLLISION, Appellee

On Appeal from the County Court at
Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-20-01498-
B.

Opinion delivered by Justice
Molberg. Chief Justice Burns and
Justice Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered this 4th day of March, 2022.